Jack Ferranti - 45299-053  
Federal Correctional Institution  
Allenwood - Low Security  
P.O. Box 1000  
White Deer, Pa. 17887  

June 15th, 2020

United States District Court  
Southern District of New York  
500 Pearl Street  
New York, New York 10007  

1:94-CR-00053 (TPG)  
Griesa

Dear Clerk,

Please furnish me with a copy of the Docket for the above docket number.

Thank you for your time.

Respectfully Yours,  
Jack Ferranti

INMATE NAME/NUMBER: Jack Feccenti-45299-053
FEDERAL CORRECTIONAL COMPLEX-ALLENWOOD Low
P.O. BOX 1000
WHITE DEER, PA 17887

United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

Clerk