UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA,

    -against-

JACK FERRANTI,

                           Defendant.

------------------------------------x

ORDER

94 Crim. 53 (GBD)

GEORGE B. DANIELS, United States District Judge:

    Defendant's requested time to reply in support of his Petition for a Writ of Coram Nobis, (ECF No. 19), is extended to no later than February 1, 2023.

    The Clerk of Court is directed to mail a copy of this order to Defendant and note service on the docket.

Dated: December 7, 2022
       New York, New York

                                                  SO ORDERED.

                                                  GEORGE B. DANIELS
                                                  United States District Judge