UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA,

    -against-

JACK FERRANTI,

                      Defendant.

------------------------------------x

ORDER

94 Crim. 53 (GBD)

GEORGE B. DANIELS, United States District Judge:

    Defendant's requested time to reply in support of his Petition for a Writ of Coram Nobis, (ECF No. 19), is extended to no later than March 15, 2023.

    The Clerk of Court is directed to mail a copy of (a) this order; (b) the Government's response to Defendant's Petition at ECF No. 24; and (c) the docket sheet to Defendant. The Clerk of Court is further directed to note service on the docket.

Dated: February 16, 2023
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge